# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Roland Thomas Murray, Jr.,<br><br>    Petitioner,<br><br>v.<br><br>The State of Nevada,<br><br>    Respondent. | Case No.: 2:21-cv-00426-APG-VCF<br><br>**Order Granting Motion for Complimentary Copies**<br><br>[ECF No. 5] |

This is a closed habeas corpus action under 28 U.S.C. § 2241. Petitioner has filed a motion for complimentary copies.[1] He asks for a copy of the petition and the "reply," which I construe as the order denying the petition. I grant the motion.

IT IS THEREFORE ORDERED that petitioner's motion for complimentary copies (ECF No. 5) is **GRANTED**. The clerk of the court is directed to send petitioner a copy of the petition (ECF No. 3) and a copy of the order denying the petition (ECF No. 2).

DATED: May 19, 2021

                                      ANDREW P. GORDON
                                      UNITED STATES DISTRICT JUDGE

---

[1] ECF No. 5.